UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Trustees of the Iron Workers District Council of New England Pension, Health and Welfare, Annuity, Vacation, and Education Funds, and International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers, Local 474, AFL-CIO<br>    Plaintiffs,<br><br>v.<br><br>RPS Construction, LLC.,<br>    Defendant. | RECEIPT #_____<br>AMOUNT $ 150 —<br>SUMMONS ISSUED /<br>LOCAL RULE 4.1_____<br>WAIVER FORM_____<br>MCF ISSUED_____<br>BY DPTY. CLK._____<br>DATE 6-16-04<br><br>**COMPLAINT**<br><br>**04 - 11363 PBS**<br><br>MAGISTRATE JUDGE Alexander |

## INTRODUCTION

1. This is an action under the Employee Retirement Income Security Act ("ERISA"), particularly 29 USC §1132(a), (d), (f), and (g), and other actions, to recover delinquent contributions owed by the defendants to trust funds administered by the plaintiffs, Trustees of the Iron Workers District Council of New England Pension, Health and Welfare, Annuity, Vacation, and Education Funds ("Trustees"). This is also an action by a local labor union to recover damages resulting from the wrongful abrogation of a collective bargaining agreement.

## JURISDICTION

2. Subject Matter jurisdiction is provided by the Labor Management Relations Act ("LMRA"), 29 U.S.C., §185 *et seq*; the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C., §§502, 515, and 1132, *et seq*; and 29 U.S.C., §§1331 and 1337.

1

## PARTIES

3. The Trustees administer duly established employee pension, health and other benefit plans formed in accord with 29 U.S.C., §§185, 1002 (1), (2) and (3) from the funds' business offices located at 161 Granite Avenue in Dorchester, Massachusetts, 02124, County of Suffolk.

4. The International Association of Bridge, Structural, Ornamental and Reinforcing Ironworkers Local 474, AFL-CIO ("Local 474") is a labor organization and has a principal place of business at 1671 Brown Avenue located in Manchester, New Hampshire 03103-6725.

5. RPS Construction LLC., ("RPS") is, upon information and belief, a corporation duly organized in New Hampshire with a principal place of business located at 1180 First NH Turnpike, Northwood, New Hampshire 03261.

## FACTS

6. On or about February 9, 2002, RPS signed a collective bargaining agreement ("CBA") with Ironworkers Local 474 of Manchester, New Hampshire and other local unions throughout New England. A true and genuine copy of that CBA is attached hereto. Exhibit A (CBA).

7. RPS has engaged in work covered by the CBA and employed employees who performed that covered work.

8. The CBA requires, among other things, that RPS pay contributions into the funds administered by the Trustees for each hour RPS employed employees who performed work covered by the CBA.

9. RPS failed to pay contributions required by the CBA for its employees employed on projects governed by the CBA.


10. By that action stated in Paragraph 9 above and other actions, RPS has wrongfully and unlawfully repudiated the CBA and is in breach of the CBA.

11. Local 474 demanded information from RPS, as allowed by the CBA, but RPS has repeatedly refused to provide such information necessary for Local 474 and the Trustees to affectively protect their interests.

### Causes of Action

### COUNT I
(Trustees v RPS, ERISA)

12. The Trustees restate the facts in Paragraphs 1-11 above and incorporates them by reference herein and further state:

13. This is a cause of action in accord with the ERISA by the Trustees against RPS, because RPS failed to pay the Trustees amounts past due causing harm and damage to the trust funds and the Trustees.

### COUNT II
(Trustees & Local 474 v. RPS, 29 USC, §185 Breach of CBA)

14. The Trustees and Local 474 restate the facts in Paragraphs 1-13 above and incorporates them by reference herein and further state:

15. This is a cause of action in accord with 29 USC, §185, *et seq* by the Trustees and Local 474 against RPS, because RPS breached the CBA causing grave harm and loss to the Trustees and Local 474.

### DEMAND FOR JUDGMENT

WHEREFORE, the Trustees and Local 474 respectfully demand that this Honorable Court enter judgment as follows:

a. Against RPS in favor of the Trustees and Local 474 for damages and other relief owed; and
b. Issue an injunction enjoining RPS from engaging in work covered by the CBA without abiding by the CBA; and
c. In accord with the CBA award the Trustees and Local 474 their interest, attorney fees and costs reasonably incurred to obtain this judgment and damages; and

    d.  provide such other and further relief this Court deems just and fair.

<div style="text-align:right">
Plaintiffs, Trustees of the Iron
Workers District Council of New
England Pension, Health and Welfare,
Annuity, Vacation, and Education
Funds,
By their attorney,

/s/ Mickey Long
Mickey Long BBO# 634388
PO Box E-1
193 Old Colony Ave.
Boston, Massachusetts 02127
TEL:   (617) 269-0229.
FAX:   617.269-0567
mickeylong@gis.net.
</div>

Date:   June 15, 2004

4

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Trustees of the Iron Workers District Council of New England Pension, Health and Welfare, Annuity, Vacation, and Education Funds, and International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers, Local 474, AFL-CIO

**DEFENDANTS** RPS Construction, LLC.

**(b) County of Residence of First Listed Plaintiff** Suffolk
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Rockingham
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
Attorney Mickey Long
193 Old Colony Avenue, P.O. Box E-1
South Boston, MA 02127
(617) 269-0229

Attorneys (If Known)
04-11363 PBS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☒ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | Habeas Corpus: ☐ 530 General | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 535 Death Penalty / ☐ 790 Other Labor Litigation | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 540 Mandamus & Other / ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
29 U.S.C., § 185 Breach of Labor Contract

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

**DATE** 6/15/04
**SIGNATURE OF ATTORNEY OF RECORD** Mickey Long

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

1. Title of case (name of first party on each side only) __Trustees of the Iron Workers District Council of New England Pension, Health and Welfare, Annuity, Vacation and Education Funds v. RPS Construction, LLC.__

2004 JUN 15   P 4:47

U.S. DISTRICT COURT
DISTRICT OF MASS.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

- [ ] I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
- [x] II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.    *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
- [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
- [ ] IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
- [ ] V. 150, 152, 153.

**04 - 11363 PBS**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

_____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [x]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [x]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [x]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [ ]   NO [x]

   A. If yes, in which division do all of the non-governmental parties reside?
   Eastern Division [ ]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
   Eastern Division [x]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Mickey Long__
ADDRESS __193 Old Colony Avenue, P.O. Box E-1, South Boston, MA 02127__
TELEPHONE NO. __(617) 269-0229__

(Coversheetlocal.wpd - 10/17/02)