AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Trustees of the Iron Workers District
Council of New England Funds and
Ironworkers Local 474
V.

RPS Construction

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

# 04-11363 PBS

TO: (Name and address of Defendant)

RPS Construction
1138 First N.H. Turnpike
Northwood, NH 03261

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mickey Long
193 Old Colony Ave
P.O. Box E-1
Boston, MA 02127

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK



6-16-04

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________ Date

____________________ *Signature of Server*

____________________ *Address of Server*

DATE: ______ TIME ______ AM PM
LOCATION:
SERVICE: IN HAND ABODE
DEPUTY SHERIFF #15
ROCKINGHAM COUNTY NH

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

**State of Massachusetts**          **County of SUFFOLK**                    **U.S.D.C. Court**

Case Number: 04-11363 PBS

Plaintiff:
**Trustees of the Iron Workers District Council of New England Pension Health and Welfare, Annuity, Vacation, and Education Funds, and International Association of Bridge, Structural, Ornamental and Rei**

vs.

Defendant:
**RPS Construction, LLC.,**

For:
LAW OFFICES OF MICKEY LONG
193 Old Colony Avenue
Boston, MA 02127

Received by STOKES & LEVIN, LLP to be served on **SCOTT TOBIN, UNO'S RESTAURANT, 15 FORT EDDY ROAD CONCORD, NH 03341**.

I, James Campbell, being duly sworn, depose and say that on the **6th day of August, 2004** at **10:35 am, I:**

**Personally Served** the within named person with a true copy of this **SUMMONS IN CIVIL ACTION; COMPLAINT** with the date and hour endorsed thereon by me, pursuant to State Statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 5'9, Weight: 220, Hair: Bald, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 8th day of August, 2004 by the affiant who is personally known to me.

NOTARY PUBLIC

James Campbell
Process Server/ Constable

STOKES & LEVIN, LLP
27 Glen Street
Suite 9 B
Stoughton, MA 02072
(781) 341-8390
Our Job Serial Number: 2004002604
Ref: MICKEY LONG ESQUIRE
Service Fee: _____

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f