## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Trustees of the Iron Workers<br>District Council of New England Pension,<br>Health and Welfare, Annuity, Vacation, and<br>Education Funds,<br>and<br>International Association of Bridge,<br>Structural, Ornamental and Reinforcing<br>Iron Workers, Local 474, AFL-CIO<br>     Plaintiffs,<br>v.<br><br>RPS Construction, LLC.,<br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Fed Ct C.A. No. 04-11363 PBS |

## RULE 41(a)(1)(i) STIPULATION OF DISMISSAL

In accord with Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs,

Trustees of the Iron Workers District Council of New England Pension, Health and Welfare,

Annuity, Vacation, and Education Funds and the International Association of Bridge,

Structural, Ornamental and Reinforcing Iron Workers, Local 474, AFL-CIO, having been

served no answer from Defendant RPS Construction, LLC., to the Complaint, hereby

dismisses the above-captioned matter without prejudice.

> Trustees of the Iron Workers District
> Council of New England Pension, Health
> and Welfare, Annuity, Vacation, and
> Education Funds, Inc., Plaintiff,
> by and through their attorney,
>
>
> /s/ Mickey Long
> Mickey Long, BBO#634388
> 193 Old Colony Ave.
> Boston, Massachusetts 02127
> (617) 269-0229.

Date:   September 13, 2004

CERTIFICATE OF SERVICE

I, Mickey Long, hereby certify that on the this ___ day of September 2004 I served a copy of this document and all attached documents on all parties who have entered an appearance in this action by e-mail and mailing postage prepaid to the party named below:

/s/ Mickey Long_____
Mickey Long


1.    Scott Tobin, Registered Agent
      RPS Construction LLC
      1180 First NH
      Northwood, NH 03261